IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| REPAINTEX NS PROPERTY, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> ) <br> TANAQ GOVERNMENT SERVICE, ) <br> ) <br> Defendant-Intervenor. ) | No. 25-272 <br> (Senior Judge Marian Blank Horn) |

## DEFENDANT'S STATUS REPORT

On February 26, 2025, defendant, the United States, filed a notice of forthcoming corrective action in this case. *See* ECF No. 19. The United States respectfully reports that the General Services Administration (GSA) has completed the corrective action set forth in the notice of forthcoming corrective action. Specifically, GSA terminated for convenience the contract that it awarded Tanaq Government Services (Tanaq) with respect to the procurement stemming from Solicitation No. 47PN1123R0001. *See* Attachment (Standard Form 30).

Counsel for the United States provided a copy of the attached Standard Form 30 to counsel for Tanaq and counsel for plaintiff, Repaintex NS Property, LLC (Repaintex NS), on February 28, 2025. If Repaintex NS does not voluntarily dismiss its complaint by March 7, 2025, the United States will file a motion to dismiss this bid protest on grounds of mootness by Monday, March 10, 2025.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | YAAKOV M. ROTH<br>Acting Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | s/Albert S. Iarossi<br>ALBERT S. IAROSSI<br>Assistant Director |
| Of Counsel: | s/Delisa M. Sánchez<br>DELISA M. SANCHEZ<br>Trial Attorney |
| ALEXIS NASH<br>Assistant Regional Counsel<br>General Services Administration,<br>Mid-Atlantic Region | Commercial Litigation Branch<br>Civil Division<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station |
| ANNE C. McDERMOTT<br>Assistant Regional Counsel<br>General Services Administration,<br>Mid-Atlantic Region | Washington, D.C. 20044<br>Tel: (202) 616-0337<br>Fax: (202) 305-7643<br>Email: delisa.sanchez@usdoj.gov |
| March 3, 2025 | Attorneys for Defendant |

# ATTACHMENT

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 10 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NUMBER | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQUISITION NUMBER | 5. PROJECT NUMBER *(If applicable)* |
|---|---|---|---|
| PO0004 | 2/27/2025 | EQWPMAAC-24-0002 | |

| 6. ISSUED BY | CODE | 3PQ2CN | 7. ADMINISTERED BY *(If other than Item 6)* | CODE | 3PQ2CN |
|---|---|---|---|---|---|
| GSA R11 ACQ FACILITY MGMT SERVICES SECTION<br>100 S INDEPENDENCE MALL WEST<br>PHILADELPHIA, PA 19106-2320 USA | | | GSA R11 ACQ FACILITY MGMT SERVICES SECTION<br>100 S INDEPENDENCE MALL WEST<br>PHILADELPHIA, PA 19106-2320 USA | | |

| 8. NAME AND ADDRESS OF CONTRACTOR *(Number, street, county, State and ZIP Code)* | (X) | |
|---|---|---|
| TANAQ GOVERNMENT SERVICES, LLC<br>3201 C ST STE 602<br>ANCHORAGE, AK 99503<br>SAM Unique Entity ID (UEI): NAY6BAD7UDX4<br>Cage Code: 7FQZ7 | | 9A. AMENDMENT OF SOLICITATION NUMBER<br><br>9B. DATED *(SEE ITEM 11)*<br><br>10A. MODIFICATION OF CONTRACT/ORDER NUMBER<br>47PN0324D0002<br><br>10B. DATED *(SEE ITEM 13)*<br>3/25/2024 |
| CODE    FACILITY CODE | | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or electronic communication which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by letter or electronic communication, provided each letter or electronic communication makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*
Modification Obligation Amount: $0.00

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS.
IT MODIFIES THE CONTRACT/ORDER NUMBER AS DESCRIBED IN ITEM 14.**

| CHECK ONE | | |
|---|---|---|
| ☒ | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NUMBER IN ITEM 10A.<br>FAR clause 52.212-4, paragraph (I), Termination for the Government's convenience | |
| ☐ | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation data, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| ☐ | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| ☐ | D. OTHER *(Specify type of modification and authority)* | |

E. **IMPORTANT:** Contractor ☒ is not ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION *(Organized by UCF section headings, including solicitation/contract subject matter where feasible.)*
Notice of the Government's intention to terminate the Contract Agreement Award Number 47PN0324D0002 issued March 25, 2024 for the convenience of the government, in accordance with FAR clause 52.212-4, paragraph (I), Termination for the Government's convenience. This termination for convenience is a result of outdated scope requirements, inconsistent with evolving agency policies moving forward. This termination shall be effective immediately upon receipt of this Notice. ...
[See Description of Modification Continuation Page]

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>Mark Talarico, Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR    15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA    16C. DATE SIGNED<br>MARK TALARICO Digitally signed by MARK TALARICO<br>Date: 2025.02.28 10:38:42 -05'00' |
| *(Signature of person authorized to sign)* | *(Signature of Contracting Officer)* |

*Previous edition unusable*      **STANDARD FORM 30 (REV. 11/2016)**
Prescribed by GSA FAR (48 CFR) 53.243

INSTRUCTIONS *(Back Page)*:

Instructions for items other than those that are self-explanatory, are as follows:

(a) <u>Item 1 (Contract ID Code)</u>. Insert the contract type identification code that appears in the title block of the contract being modified.

(b) <u>Item 3 (Effective date)</u>.

   (1) For a solicitation amendment, change order, or administrative change, the effective date shall be the issue date of the amendment, change order, or administrative change.

   (2) For a supplemental agreement, the effective date shall be the date agreed to by the contracting parties.

   (3) For a modification issued as an initial or confirming notice of termination for the convenience of the Government, the effective date and the modification number of the confirming notice shall be the same as the effective date and modification number of the initial notice.

   (4) For a modification converting a termination for default to a termination for the convenience of the Government, the effective date shall be the same as the effective date of the termination for default.

   (5) For a modification confirming the contracting officer's determination of the amount due in settlement of a contract termination, the effective date shall be the same as the effective date of the initial decision.

(c) <u>Item 6 (Issued By)</u>. Insert the name and address of the issuing office. If applicable, insert the appropriate issuing office code in the code block.

(d) <u>Item 8 (Name and Address of Contractor)</u>. For modifications to a contract or order, enter the contractor's name, address, and code as shown in the original contract or order, unless changed by this or a previous modification.

(e) <u>Items 9, (Amendment of Solicitation Number - Dated), and 10, (Modification of Contract/Order Number - Dated)</u>. Check the appropriate box and in the corresponding blanks insert the number and date of the original solicitation, contract, or order.

(f) <u>Item 12 (Accounting and Appropriation Data)</u>. When appropriate, indicate the impact of the modification on each affected accounting classification by inserting one of the following entries:

   (1) Accounting classification _____
        Net increase             $ _____

   (2) Accounting classification _____
        Net decrease           $ _____

NOTE: If there are changes to multiple accounting classifications that cannot be placed in block 12, insert an asterisk and the words "See continuation sheet".

(g) <u>Item 13</u>. Check the appropriate box to indicate the type of modification. Insert in the corresponding blank the authority under which the modification is issued. Check whether or not contractor must sign this document. (See FAR 43.103.)

(h) <u>Item 14 (Description of Amendment/Modification)</u>.

   (1) Organize amendments or modifications under the appropriate Uniform Contract Format (UCF) section headings from the applicable solicitation or contract. The UCF table of contents, however, shall not be set forth in this document.

   (2) Indicate the impact of the modification on the overall total contract price by inserting one of the following entries:

      (i) Total contract price increased by $ _____

      (ii) Total contract price decreased by $ _____

      (iii) Total contract price unchanged.

   (3) State reason for modification.

   (4) When removing, reinstating, or adding funds, identify the contract items and accounting classifications.

   (5) When the SF 30 is used to reflect a determination by the contracting officer of the amount due in settlement of a contract terminated for the convenience of the Government, the entry in Item 14 of the modification may be limited to --

      (i) A reference to the letter determination; and

      (ii) A statement of the net amount determined to be due in settlement of the contract.

   (6) Include subject matter or short title of solicitation/contract where feasible.

(i) <u>Item 16B</u>. The contracting officer's signature is not required on solicitation amendments. The contracting officer's signature is normally affixed last on supplemental agreements.

**STANDARD FORM 30** (REV. 11/2016) **BACK**

## Description of Modification Continuation Page

...
It is noted that your firm has been under a Stop Work Order effective April 25, 2024. As a result of that stop work order your firm should have provided no performance on this contract for the intervening period, and therefore incurred no cost associated with this contract. If this is not the case and your firm intends to submit a claim for equitable adjustment, please notify me immediately upon receipt of this Notice. Any claims for cost resulting from the termination should be submitted to my attention within thirty days of receipt of this letter, pursuant to the termination limitations and requirements contained within FAR clause 52.212-4, paragraph (l).

## SF30 List of Accounting Strings

| Accounting String | Amount Obligated |
|---|---|
| EK-47PN0324D0002.2024.192X.11.P1127001.PG61.PGA11.K08..DC0083ZZ........... | $1,568,157.60 |
| EK-47PN0324D0002.2024.192X.11.P1127001.PG61.PGA11.K08..DC0084ZZ........... | $855,466.40 |

| | | | | PAGE | OF |
|---|---|---|---|---|---|
| | | | | 5 | 10 |
| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) |
| 0001 | Location 1 - Orville Wright: DC0083ZZ - Standard Services: Custodial and Related Services<br>Custodial Standard Services - Orville Wright<br>Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>EK-47PN0324D0002.2024.192X.11.P1127001.PG61.PGA11.K08..DC0083ZZ...........<br>Obligated: $1,486,817.50<br><br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | MO | $148,681.75 | $1,486,817.50 |
| 0002 | Location 2 - Wilbur Wright: DC0084ZZ - Standard Services: Custodial and Related Services<br>Custodial Standard Services - Wilbur Wright<br>Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>EK-47PN0324D0002.2024.192X.11.P1127001.PG61.PGA11.K08..DC0084ZZ...........<br>Obligated: $815,345.00<br><br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 600 INDEPENDENCE SW FOB10B WASHINGTON, DC 20003-0000 | 10 | MO | $81,534.50 | $815,345.00 |
| 0003 | Location 1 - Orville Wright: DC0083ZZ - Daily cleaning of high-touch surfaces in accordance with CDC guidance when occupancy is at 50% or greater, Scope 1.<br>Custodial Standard Services - Orville Wright (SCOPE 1)<br>Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>EK-47PN0324D0002.2024.192X.11.P1127001.PG61.PGA11.K08..DC0083ZZ...........<br>Obligated: $81,340.10<br><br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | MO | $8,134.01 | $81,340.10 |
| 0004 | Location 2 - Wilbur Wright: DC0084ZZ - Daily cleaning of | 10 | MO | $4,012.14 | $40,121.40 |

GENERAL SERVICES ADMINISTRATION

47PN0324D0002/PO0004

| | | | | PAGE | OF |
|---|---|---|---|---|---|
| | | | | 6 | 10 |
| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) |
| | high-touch surfaces in accordance with CDC guidance when occupancy is at 50% or greater, Scope 1.<br>Custodial Standard Services - Wilbur Wright (SCOPE 1)<br>Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>EK-47PN0324D0002.2024.192X.11.P1127001.PG61.PGA11.K08..<br>DC0084ZZ...........<br>Obligated: $40,121.40<br><br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 600 INDEPENDENCE SW FOB10B WASHINGTON, DC 20003-0000 | | | | |
| 0005 | Price per 100 square feet for Carpet Cleaning by Extraction (See Section C.6.1) (Function Code Assigned: PGA11)<br>Orville and Wilbur Wright Above Standard Services<br>Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | SF | $81.46 | $814.60 |
| 0006 | Price per Occurrence for Interior Window Washing (See Section C.6.3) (Function Code Assigned: PGA11)<br>Orville and Wilbur Wright Above Standard Services<br>Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 1 | LS | $251.17 | $251.17 |
| 0007 | Price per Occurrence for Exterior Window Washing (See Section C.6.3) (Function Code Assigned: PGA11)<br>Orville and Wilbur Wright Above Standard Services<br>Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 1 | LS | $603.12 | $603.12 |

GENERAL SERVICES ADMINISTRATION

47PN0324D0002/PO0004

|  |  |  |  | PAGE | OF |
|---|---|---|---|---|---|
|  |  |  |  | 7 | 10 |
| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) |
| 0008 | Price per Hour for Washing of Blinds and Coverings - Not including drapes, curtains, and unique coverings (See Section C.6.5) (Function Code Assigned: PGA11) Orville and Wilbur Wright Above Standard Services Deliverable PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL Contract Type: Firm Fixed Price PoP: 04/01/2025 - 01/31/2026 Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | HR | $202.71 | $2,027.10 |
| 0009 | Price per 100 square feet for Pressure Washing and Steam Cleaning (See Section C.6.6) (Function Code Assigned: PGA12) Orville and Wilbur Wright Above Standard Services Deliverable PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL Contract Type: Firm Fixed Price PoP: 04/01/2025 - 01/31/2026 Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | SF | $26.08 | $260.80 |
| 0010 | Price per Occurrence for Additional Recycleables Pick-up (See Section C.10.2.4) (Function Code Assigned: PGA11) Orville and Wilbur Wright Above Standard Services Deliverable PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL Contract Type: Firm Fixed Price PoP: 04/01/2025 - 01/31/2026 Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | LS | $57.64 | $576.40 |
| 0011 | Price per hour for High Cleaning (See Section C.6.13) (Function Code Assigned: PGA11) Orville and Wilbur Wright Above Standard Services Deliverable PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL Contract Type: Firm Fixed Price PoP: 04/01/2025 - 01/31/2026 Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | HR | $541.20 | $5,412.00 |
| 0012 | Price per 100 square feet for Floor Stripping and Applying Four Coats of Finish (See Section C.6.2) (Function Code Assigned: PGA12) | 10 | SF | $202.91 | $2,029.10 |

GENERAL SERVICES ADMINISTRATION

47PN0324D0002/PO0004

| | | | | PAGE | OF |
|---|---|---|---|---|---|
| | | | | 8 | 10 |
| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) |
| | Orville and Wilbur Wright Above Standard Services Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | | | | |
| 0013 | Price per 100 square feet for Stripping and Sealing (See Section C.6.2) (Function Code Assigned: PGA12)<br>Orville and Wilbur Wright Above Standard Services Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | SF | $202.91 | $2,029.10 |
| 0014 | Snow Removal per hour (Requiring use of special mechanized equipment and/or trucks) (See Section C.5.3) (Function Code Assigned: PGA14)<br>Orville and Wilbur Wright Above Standard Services Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | HR | $1,250.00 | $12,500.00 |
| 0015 | Snow Hauling per hour (Services for hauling snow from the facility, includes costs for truck and driver)(See Section C.5.3) (Function Code Assigned: PGA14)<br>Orville and Wilbur Wright Above Standard Services Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | HR | $1,110.00 | $11,100.00 |
| 0016 | Price per hour for Additional Labor Hours Custodian (See Section C.6.12) (Function Code Assigned: PGA11)<br>Orville and Wilbur Wright Above Standard Services Deliverable | 10 | HR | $47.64 | $476.40 |

GENERAL SERVICES ADMINISTRATION

47PN0324D0002/PO0004

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) |
|---|---|---|---|---|---|
| | PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | | | | |
| 0017 | Price per hour for Additional Labor Hours Custodian - Overtime (See Section C.6.12) (Function Code Assigned: PGA11)<br>Orville and Wilbur Wright Above Standard Services<br>Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | HR | $57.27 | $572.70 |
| 0018 | Price per hour for Additional Labor Hours Supervisor (See Section C.6.7) (Function Code Assigned: PGA11)<br>Orville and Wilbur Wright Above Standard Services<br>Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | HR | $42.96 | $429.60 |
| 0019 | Price per hour for Additional Labor Hours Supervisor - Overtime (See Section C.6.7) (Function Code Assigned: PGA11)<br>Orville and Wilbur Wright Above Standard Services<br>Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | HR | $56.21 | $562.10 |
| 0020 | Price per hour for Additional Laborer Hours (See Section C.6.12) (Function Code Assigned: PGA11)<br>Orville and Wilbur Wright Above Standard Services<br>Deliverable<br>PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL<br>Contract Type: Firm Fixed Price<br>PoP: 04/01/2025 - 01/31/2026<br>Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC | 10 | HR | $47.64 | $476.40 |

GENERAL SERVICES ADMINISTRATION

47PN0324D0002/PO0004

| | | | | PAGE | OF |
|---|---|---|---|---|---|
| | | | | 10 | 10 |
| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) |
| | 20591-0001 | | | | |
| 0021 | Price per hour for Additional Laborer Hours - Overtime (See Section C.6.12) (Function Code Assigned: PGA11) <br> Orville and Wilbur Wright Above Standard Services <br> Deliverable <br> PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL <br> Contract Type: Firm Fixed Price <br> PoP: 04/01/2025 - 01/31/2026 <br> Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | HR | $59.16 | $591.60 |
| 0022 | Price per hour for one time or daily above standard cleaning and disinfection services. (Scope 2) <br> Orville and Wilbur Wright Above Standard Services <br> Deliverable <br> PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL <br> Contract Type: Firm Fixed Price <br> PoP: 04/01/2025 - 01/31/2026 <br> Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | HR | $56.93 | $569.30 |
| 0023 | Price per hour for one time detailed cleaning and disinfection services in response to a COVID-19 incident. (Scope 3) <br> Orville and Wilbur Wright Above Standard Services <br> Deliverable <br> PSC: S201 -- HOUSEKEEPING- CUSTODIAL JANITORIAL <br> Contract Type: Firm Fixed Price <br> PoP: 04/01/2025 - 01/31/2026 <br> Place of Performance: 800 INDEPENDENCE AVE WASHINGTON, DC 20591-0001 | 10 | HR | $66.93 | $669.30 |