**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| REPAINTEX NS PROPERTY, LLC, )<br> )<br>*Plaintiff*, )<br> )<br>v. )<br> )<br>THE UNITED STATES OF AMERICA, )<br> )<br>*Defendant*, )<br> )<br>and )<br> )<br>TANAQ GOVERNMENT SERVICES, )<br>LLC, )<br> )<br>*Defendant-Intervenor*. )<br> ) | Case No. 25-272C<br><br>Judge Marian Blank Horn |

**PLAINTIFF REPAINTEX NS PROPERTY, LLC'S,**
**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff Repaintex NS Property, LLC ("Repaintex NS"), by and through its undersigned counsel, respectfully submits this Notice of Voluntary Dismissal of its claims in Case Number 25-272 without Prejudice (the "Notice"). Repaintex NS files this Notice prior to an opposing party serving "an answer, a motion for summary judgment, or a motion for judgment on the administrative record[.]" RCFC 41(a)(1)(A)(i). Accordingly, Repaintex NS respectfully requests the Court dismiss this action without prejudice.

Dated: March 7, 2025

*s/ Tracey L. Pruiett*
Tracey L. Pruiett
**PILIEROMAZZA PLLC**
1001 G Street NW, Suite 1100
Washington, D.C. 20001
(202) 857-1000 (phone)
*tpruiett@pilieromazza.com*

*Attorney of Record for Plaintiff Repaintex NS Property, LLC*

Of Counsel:

Katherine B. Burrows
Lauren R. Brier
Patrick T. Rothwell
**PILIEROMAZZA PLLC**
1001 G Street NW, Suite 1100
Washington, D.C. 20001
(202) 857-1000 (phone)
*kburrows@pilieromazza.com*
*lbrier@pilieromazza.com*
*prothwell@pilieromazza.com*